**Motion Granted; Vacated and Remanded and Memorandum Opinion filed September 30, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00131-CV

---

## SPRING BRANCH TOWING, INC D/B/A SB TOW AND NICHOLAS GARZA, Appellants

### V.

## ANGELA GUERRA-MANICA, INDIVIDUALLY AND AS NEXT FRIEND OF NORA CRUZ, MINOR CHILD, Appellee

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-65695**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 26, 2013.

On September 22, 2014, the parties filed a joint motion to set aside or vacate the judgment and remand the cause to the trial court for rendition of judgment in

accordance with the parties' agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed August 26, 2013, and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.